**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

—————————————————————————
                         :

Ashley Chapman,              :
                       :   Civil Action No.:  4:13-cv-00030-RC-ALM
                       :
            Plaintiff,     :
      v.                      :
                       :
T-Mobile USA, Inc.,      :
                       :
            Defendant.   :
—————————————————————————
                         :

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against T-Mobile USA, Inc., with prejudice and each party shall bear its own fees, costs and expenses.

Ashley Chapman                   T-Mobile USA, Inc.

  /s/Jody B. Burton                    /s/Darren Lee McCarty
Jody B. Burton (Bar No. 71681)      Darren Lee McCarty, Esq.
Lemberg & Associates, LLC           Alston & Bird, LLP-Dallas
1100 Summer Street, 3rd Floor      2828 N. Harwood Street, Suite 1800
Stamford, CT 06905                Dallas, TX 75201
Telephone: (203) 653-2250        Telephone: (214) 922-3414
Facsimile:  (203) 653-3424         Facsimile: (214) 922-3899
Email: jburton@lemberglaw.com     Email: darren.mccarty@alston.com
*Attorneys for Plaintiff*              *Attorneys for Defendant*

### CERTIFICATE OF SERVICE

      I hereby certify that on May 14, 2013, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Eastern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By   /s/Jody B. Burton
Jody B. Burton